UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN COOLEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION CORPORATION,<br><br>　　　　　Defendant. | CASE NO. CV 10-09920 MMM (VBKx)<br><br><br>JUDGMENT FOR DEFENDANT |

　　　　On April 20, 2011, the court granted defendant Trans Union Corporation's motion to dismiss *pro se* plaintiff Nathan Cooley's complaint. Specifically, the court dismissed plaintiff's Federal Credit Reporting Act and Fair Debt Collection Practices Act claims without prejudice, and declined to exercise supplemental jurisdiction over plaintiff's state law claims for defamation, fraud, negligence, and intentional and negligent misrepresentation. Although the court granted leave to amend, plaintiff did not timely file an amended complaint. As a consequence, on May 19, 2011, the court issued an order dismissing plaintiff's complaint with prejudice pursuant to Rule 41(b) for failure to comply with court orders. Accordingly,

1 | IT IS ORDERED AND ADJUDGED that
2 | 1.  That plaintiff take nothing by way of his complaint; and
3 | 2.  That the action be, and it hereby is, dismissed.

DATED: May 26, 2011

                                *Margaret M. Morrow*
                              MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE